IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FARRIED JASSIEM,

    Plaintiff,

v.                            Civil Action No. 3:18CV179

ELLINGTON, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 3, 2018, the Court conditionally docketed Plaintiff's civil action. The Court provided Plaintiff with an *in forma pauperis* affidavit form. The Court warned Plaintiff that a failure to complete and return the *in forma pauperis* affidavit or pay the filing fee within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the orders of this Court. Plaintiff failed to return a completed *in forma pauperis* affidavit form or paid the filing fee. Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 5/4/18
Richmond, Virginia

/s/ John A. Gibney, Jr.
United States District Judge